IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11000
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MARK ALLEN RODRIGUEZ,
also known as Mark Blair,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:94-CR-169-P
- - - - - - - - - -
April 16, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

     Mark Allen Rodriguez appeals the revocation of his supervised release, pursuant to 18 U.S.C. § 3583(e)(3). Rodriguez contends that he was denied due process because the district court considered undisclosed evidence in revoking his supervised release and imposing a 24-month sentence.  We have

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reviewed the record and the briefs of the parties and find no reversible error.

AFFIRMED.